**SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY et al.**

No. 47181.

April 1, 1964.

In re: Fred Crump and Southern Farm Bureau Casualty Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Claiborne. 160 So.2d 246; 160 So.2d 249.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

McCALEB, J., is of the opinion that a writ should be granted on the question of quantum of damages in view of the decision in Gaspard v. LeMaire, 245 La. 239, 158 So. 2d 149.

162 So.2d 14

**A. M. MERRITT**

v.

**BOSSIER PARISH POLICE JURY.**

No. 47185.

April 1, 1964.

In re: A. M. Merritt applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 160 So.2d 232.

Writ refused. There appears no error of law in the judgment complained of.